[No. 22104-7-II.    Division Two.    July 31, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMON GEORGE REEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 97-1-00311-1, Leonard W. Costello, J., entered June 20, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 22551-4-II.    Division Two.    July 31, 1998.]

WILLIAM DUNCAN, ET AL., *Appellants*, v. FUJI INDUSTRIES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-2-07568-3, Thomas P. Larkin, J., entered September 26, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 37383-8-I.    Division One.    August 3, 1998.]

JESUS IBARRA, ET AL., *Respondents*, v. LARRY MOUNT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-01032-4, Steven J. Mura, J., entered October 11, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Kennedy, C.J., concurred in by Baker and Agid, JJ.

[No. 38098-2-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EUGENE McCLAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01856-9, Ronald L. Castleberry, J., entered February 29, 1996. *Affirmed in part* and *remanded* by unpublished opinion per Webster, J., concurred in by Kennedy, C.J., and Grosse, J.